UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DALE KOKOSKI,<br><br>                            Plaintiff,<br><br>     v.<br><br>DR. BERNALES,<br><br>                            Defendant. | Case No. 3:23-CV-00011-MMD-CLB<br><br>**ORDER TO CHANGE ADDRESS AND STAY CASE** |

On October 19, 2023, the Nevada Department of Corrections filed a notice that they were not accepting service on behalf of Defendant Dr. Bernales and filed a notice of under seal submission of his last known address. (ECF Nos. 22, 24.) The Court mailed the filings to Plaintiff's listed mailing address at the Northern Nevada Correctional Center ("NNCC"). NNCC returned the document as "undeliverable," stating that Plaintiff was transferred to Ely State Prison. (ECF No. 25.) However, Plaintiff has not filed a change of address with the Court. Pursuant to Local Rule IA 3-1, Plaintiff must immediately file with the Court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action. Based on the above, Plaintiff shall have until **Monday, November 20, 2023** to file a notice of change of address, or this Court will recommend that this action be dismissed.

The case is hereby STAYED in its entirety until Plaintiff files a notice of change of address.

**DATED**: October 19, 2023.

UNITED STATES MAGISTRATE JUDGE