UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DALE KOKOSKI,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DR. BERNALES,<br><br>　　　　　　　　Defendant. | Case No. 3:23-CV-00011-MMD-CLB<br><br>**AMENDED ORDER TO CHANGE ADDRESS AND LIFT STAY** |

On October 19, 2023, the Nevada Department of Corrections filed a notice that they were not accepting service on behalf of Defendant Dr. Bernales and filed a notice of under seal submission of his last known address. (ECF Nos. 22, 24.) The Court mailed the filings to Plaintiff's listed mailing address at the Northern Nevada Correctional Center ("NNCC"). NNCC returned the document as "undeliverable," stating that Plaintiff was transferred to Ely State Prison. (ECF No. 25.) However, Plaintiff has not filed a change of address with the Court. Pursuant to Local Rule IA 3-1, Plaintiff must immediately file with the Court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action. Accordingly, the Court ordered Plaintiff to file his updated address with the Court by Monday, November 20, 2023, and stayed the case until Plaintiff filed his notice of change of address. (*See* ECF No. 26.)

The Court now amends its prior order, (ECF No. 26), as follows:

**IT IS ORDERED** that the stay is **LIFTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall file his notice of change of address with the Court by **November 20, 2023**, and he is reminded that failure to do so will result in a recommendation that this action be dismissed.

**IT IS FURTHER ORDERED** that Defendant shall have an extension of time to **November 7, 2023**, to respond to Plaintiff's motion for appointment of counsel, (ECF No. 20), and motion to file an amended complaint, (ECF No. 21).

**IT IS FURTHER ORDERED** that the Clerk of Court shall **RESEND** ECF Nos. 22 and 24 to the Plaintiff at the address listed on the docket.

**IT IS SO ORDERED.**

**DATED**: October 24, 2023.

_____
**UNITED STATES MAGISTRATE JUDGE**