UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DALE KOKOSKI,<br><br>               Plaintiff,<br><br>     v.<br><br>DR. BERNALES, *et al.*,<br><br>               Defendants. | Case No. 3:23-CV-00011-MMD-CLB<br><br>**ORDER RE: SERVICE OF PROCESS** |

Before the Court is Plaintiff Dale Kokoski's motion to serve defendant. (ECF No. 31.) The Office of the Attorney General did not accept service of process on behalf of **Dr. Wilson Bernales** who is no longer an employee of the Nevada Department of Corrections. (ECF No. 22.) However, the Attorney General has filed the last known address of this Defendant under seal. (ECF No. 23.)

Accordingly, Plaintiff's motion, (ECF No. 31), is **GRANTED**. The Clerk shall **ISSUE** a summons for the above-named Defendant and send the same to the U.S. Marshal with the address provided under seal. (ECF No. 23.) The Clerk shall also **SEND** sufficient copies of the complaint, (ECF No. 7), the screening order, (ECF No. 6), and this order to the U.S. Marshal for service on the Defendant. The Court will separately provide to the U.S. Marshal a completed USM 285 form for the Defendant.

Plaintiff is reminded that if the above-named Defendant is not served by December 26, 2023,[1] he will be dismissed for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**DATED**: December 4, 2023.

                                            **UNITED STATES MAGISTRATE JUDGE**

---

[1] This date represents 90 days from the date of the order directing that this case proceed onto the normal litigation track following mediation (ECF No. 18). *See* Fed. R. Civ. P. 4(m) (requiring service on defendants within 90 days after a complaint is filed).