# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DALE KOKOSKI,<br><br>                Plaintiff,<br><br>v.<br><br>DR. BERNALES, *et al.*,<br><br>                Defendants. | Case No. 3:23-CV-00011-MMD-CLB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO EFFECTUATE SERVICE OF PROCESS**<br><br>[ECF No. 32] |

On December 4, 2023, the Court granted Plaintiff's motion requesting issuance of summons for Defendant Dr. Bernales in this case. (ECF No. 32.) The Court set a service deadline of December 26, 2023, and warned that failure to complete service of process pursuant to Fed. R. Civ. P. 4(m) would result in the dismissal of the above-named Defendant from the suit. (*Id.*) On December 5, 2023, a summons for the above-named Defendant was sent to the U.S. Marshal for service on the above-named Defendant. (ECF No. 33.) On December 13, 2023, Plaintiff filed a motion to extend the deadline for service by thirty days as the U.S. Marshal has not yet effected service. (ECF No. 35.) Pursuant to Fed. R. Civ. P. 4(m), if the plaintiff shows good cause for the failure to serve a defendant within the specified time, the court must extend the time for service for an appropriate period. Here, the Court finds there is good cause to extend the time of service by thirty days and therefore grants Plaintiff's motion for extension of time to effectuate service of process, (ECF No. 35.) Plaintiff is reminded that if the above-named Defendant is not served by January 26, 2024, he will be dismissed for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

**DATED**:  December 13, 2023.

_____
**UNITED STATES MAGISTRATE JUDGE**