UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DALE KOKOSKI,<br><br>                Plaintiff,<br><br>v.<br><br>DR. BERNALES, *et al.*,<br><br>                Defendants. | Case No. 3:23-CV-00011-MMD-CLB<br><br>**REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE**[1] |

On January 25, 2024, the Court entered an order denying Plaintiff Dale Kokoski's (Kokoski) motion for leave to file an amended complaint. (ECF No. 43.) In the order, the Court *sua sponte* granted one final extension of time to Monday, March 25, 2024, for Kokoski to effectuate service of Defendant Bernales pursuant to Fed. R. Civ. P. 4(m). (*Id.* at 3.) The Court cautioned that if service was not completed by that date, the Court would recommend dismissal. (*Id.*) To date, Kokoski has not provided proof of service for any defendant in this case.

Therefore, the Court recommends that this action be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m).

The parties are advised:

1. Pursuant to 28 U.S.C. § 636(b)(1)(c) and Rule IB 3-2 of the Local Rules of Practice, the parties may file specific written objections to this Report and Recommendation within fourteen days of receipt. These objections should be entitled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the District Court.

2. This Report and Recommendation is not an appealable order and any

---

[1] This Report and Recommendation is made to the Honorable Anne R. Traum, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 1-4.

notice of appeal pursuant to Fed. R. App. P. 4(a)(1) should not be filed until entry of the District Court's judgment.

## I.    RECOMMENDATION

**IT IS THEREFORE RECOMMENDED** that this action be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m);

**IT IS FURTHER RECOMMENDED** that the Clerk of Court **ENTER JUDGMENT** and **CLOSE** this case.

**DATED**: ___March 28, 2024___.

_____
**UNITED STATES MAGISTRATE JUDGE**